**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Clarissa Estelle Crayton<br>Debtor | Case No.: 24−33290<br>Chapter: 7 |

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 11/7/24

                                              Nathan Ochsner
                                              Clerk of Court