Certificate Number: 05781-TXS-DE-039068826

Bankruptcy Case Number: 24-33290


05781-TXS-DE-039068826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2024, at 7:37 o'clock PM PST, Clarissa Crayton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   November 14, 2024            By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President